# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE LAVELL KIRKSEY,<br><br>    Plaintiff,<br><br>v.<br><br>CORY BRENNAN, JAMES KREIN, IV, JAVIER VEGA, MYLES SMITH, STEPHEN VANG, JASON KENESIE, ROBERT SHREI, AARON DILLHOFF, KENOSHA POLICE DEPARTMENT, and WCI PRISON FACILITY,<br><br>    Defendants. | Case No. 19-CV-1278-JPS<br><br><br>**ORDER** |
| TERRANCE LAVELL KIRKSEY,<br><br>    Plaintiff,<br><br>v.<br><br>C.O. ANTHONY MATUSHAK, RACHEL MATUSHAK, MICHAEL COLE, SGT. GOMM, and WARDEN DYLON RADTKE,<br><br>    Defendants. | Case No. 21-CV-588-JPS<br><br><br>**ORDER** |

| | |
|---|---|
| TERRANCE LAVELL KIRKSEY,<br><br>    Plaintiff,<br><br>v.<br><br>LT. ROZMARNOSKI, C.O. DORSEY, SGT. BAMBKE, DR. BREEN, K. GRABOWSKI, M. HAESE, E. DAVISON, C. O'DONNELL, and BHS NURSING CORDINATOR,<br><br>    Defendants. | Case No. 21-CV-1169-JPS<br><br>**ORDER** |
| TERRANCE LAVELL KIRKSEY,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. MATUSHAK, M. HAESE, J. PERTTU, E. DAVIDSON, K. GRABOWSKI, and C. O'DONNELL,<br><br>    Defendants. | Case No. 21-CV-1170-JPS<br><br>**ORDER** |
| TERRANCE LAVELL KIRKSEY,<br><br>    Plaintiff,<br><br>v.<br><br>CO HOFFMAN, CO KORPITA, CO PHILLIPS, CPT. CUSHING, K. GRABOWSKI, and WARDEN DYLAN RADTKE,<br><br>    Defendants. | Case No. 21-CV-1193-JPS<br><br>**ORDER** |

| | |
|---|---|
| TERRANCE LAVELL KIRKSEY,<br><br>            Plaintiff,<br><br>v.<br><br>H. UTTER, A. DEGROOT, R. SNOW, E. DAVIDSON, BHS NURSING CORDINATOR, and C. O'DONNELL,<br><br>            Defendants. | Case No. 21-CV-1252-JPS<br><br>**ORDER** |
| TERRANCE LAVELL KIRKSEY,<br><br>            Plaintiff,<br><br>v.<br><br>SGT KOELLER, DR BREEN, and JOHN DOES,<br><br>            Defendants. | Case No. 21-CV-1357-JPS<br><br>**ORDER** |

On January 21, 2022, the Court entered an order in all of Plaintiff Terrance Lavell Kirksey's ("Kirksey") open cases, imposing a filing bar which limits Kirksey to proceeding with only two cases at any one time. The Court instructed Kirksey to pick two of his seven open cases on which he would like to proceed and that the Court would administratively close his remaining cases. On January 31, 2022, Kirksey informed the Court that he would like to proceed on Case Numbers 19-CV-1278 and 21-CV-1357. Therefore, the Court will administratively close Kirksey's remaining cases: 21-CV-588; 21-CV-1169; 21-CV-1170; 21-CV-1193; and 21-CV-1252.

Accordingly,

**IT IS ORDERED** that Case Numbers 21-CV-588; 21-CV-1169; 21-CV-1170; 21-CV-1193; and 21-CV-1252 be and the same are hereby **ADMINISTRATIVELY CLOSED**.

Dated at Milwaukee, Wisconsin, this 7th day of February, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge