# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE LAVELL KIRKSEY,<br><br>                  Plaintiff,<br><br>v.<br><br>CORY BRENNAN, JAMES KREIN, IV, JAVIER VEGA, MYLES SMITH, STEPHEN VANG, JASON KENESIE, ROBERT SHREI, AARON DILLHOFF, and KENOSHA POLICE DEPARTMENT,<br><br>                  Defendants. | Case No. 19-CV-1278-JPS<br><br>**ORDER** |

      Plaintiff Terrance Lavell Kirksey, who is incarcerated at Waupun Correctional Institution, proceeds in this matter pro se. On December 2, 2022, the Court granted Plaintiff's motion for an extension of time for discovery. ECF No. 60. Due to a typographical error, the Court granted Plaintiff until January 6, 2022 to complete discovery when it instead meant to say January 6, 2023. The Court now corrects its error and orders that the deadline to complete discovery is January 6, 2023.

      Accordingly,

      **IT IS ORDERED** that all discovery must be completed on or before **January 6, 2023.**

Dated at Milwaukee, Wisconsin, this 19th day of December, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge